UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLAES ENTERPRISES, INC. d/b/a ODM,<br><br>Plaintiff,<br><br>v.<br><br>IBC APPAREL, LTD. a Pakistani corporation; SHAHAB AHMED, an individual; and DOES 1-10,<br><br>Defendants. | Case No. 11-CV-02750 JAH (BLM)<br><br>**FINAL JUDGMENT** |

Plaintiff OLAES ENTERPRISES, INC. d/b/a ODM filed a First Amended Complaint in this action for breach of contract against Defendants IBC APPAREL, LTD. and SHAHAB AHMED. Dkt Nos. 7 and 7-1. The parties have stipulated to amendment of the caption and entry of final judgment in favor of Plaintiff OLAES ENTERPRISES, INC. d/b/a ODM and against Defendants IBC APPAREL, LTD. and SHAHAB AHMED, jointly and severally. Dkt No. 69.

IT IS ORDERED, ADJUDGED, AND DECREED that OLAES ENTERPRISES, INC. d/b/a ODM shall recover from IBC APPAREL, LTD. and SHAHAB AHMED, jointly and severally, the sum of three hundred ninety-five thousand dollars ($395,000).

IT IS SO ORDERED.

Dated: August 20, 2013

_____
Hon. John A. Houston